[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Fredrick Ernest Draham
Reg. No. #27970-044

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Altizer (A.W.)
Smiddy (Unit Manager)
Lee (Trust Fund);
Nelson (Counselor);
J. Draham (Counselor)
Stringer (Counselor)

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 21-cv-50289
(To be supplied by the Clerk of this Court)

**RECEIVED**

AUG 09 2021 MO

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**

☐ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

☐ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

✓ **OTHER** (cite statute, if known) (18 U.S.C. § 3626) "Prospective Relief"

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Fredrick Ernest Draham

    B. List all aliases: Draham

    C. Prisoner identification number: 27970-044

    D. Place of present confinement: (AUSP) Thomson (SMU)

    E. Address: Post Office Box 1001, Thomson, IL 61285

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: (Administrator(s)) Warden Altizer (A.W.)
    Title: Warden (A.W.) for (SMU) Program Statements, etc.
    Place of Employment: (AUSP) Thomson (Warden's) Office

    B. Defendant: Mr. Lee (Supervisor)
    Title: Trust Fund (Administrator); Transactions
    Place of Employment: (AUSP) TOM (SMU)

    C. Defendant: Ms. Smiddy (Unit Manager)
    Title: Supervisor Fox (Unit Team / Counselors (said)
    Place of Employment: (AUSP) Fox Unit Team Members

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The Economic Impact Payments (EIP); and Recovery Rebate Credit (RRC), 2020 and 2021 (1040) were (Forgery/or Forged) by Unit Team Members in Fox Unit in (2021), as the forms were passed out to every inmate on Fox 3 range by a (Ms. Smiddy)(Unit Manager) and (Trust-Fund Supervisor)(Mr. Lee) was there at my cell (all cell doors) when the (Legal Mail) enclosing (1040) forms were mailed out of (AUSP). "Prospective Relief" is for the "Claiming the $600, $1,200, and $1,400 eligible payments including $300 (Weekly) I did not receive and that I qualify for ($3,200) total; instead Social Security Numbers were (Forged/Changed) in the processes causing (I.R.S.) to send (all) (30) day deadlines to set up a (Conference Call) or wait (9) months delay. The Defendants refuse to allow phone calls to (I.R.S.) and blocked (all) Outgoing Calls, Transactions, also (60%) of inmates did already receive ($3,200) payments; only grievance forms by (J. Graham) Mr. Nelson, and Mr. Stringer were denied upon request for them and I suppose to have been able to respond back to (I.R.S.)(see attachments); The scams prevent me from (7) years of (back payments) not filing (1040) forms and 2020 (Stimulus) Checks should be on my account. I have Hepatitis B and Hep. C. and need "Stimulus" to survive and buy food items from (Commissary); call family (use) Telephone and Hygiene.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Fredrick Draham v. Special Manag. Review Committee; No. 21 cv 50289 (IDJ-LAJ)

B. Approximate date of filing lawsuit: Transferred (7/19/21); (new) from (21cv3775)

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Plaintiff Fredrick Ernest Draham (self)

D. List all defendants: Special Management Review Committee; (all) Executive Staff, Administrators and Unit Team Members also Correctional Staff and Health Service personnel are all documented in format (available papers).

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): assigned from (Western Division; No. 21-cv-3775)

F. Name of judge to whom case was assigned: (transferred) per order from Hon. Virginia M. Kendall; now Hon. Johnston/Hon. Jensen (7/19/21)

G. Basic claim made: Implicit Bias, Systemic Racism; Aggravated Battery Causing Serious Bodily Harm; Forgery of (1040) Stimulus (E.I.; RRC) Credits/Payments; Robbery, etc.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): (Pending); was transferred from Western IL; to be reassigned to (2) Judges (Above); (all) "Prospective-Relief and Injunctive Relief" request (not) a Bivens Claim)

I. Approximate date of disposition: (Still Pending Outcome) Imminent-Danger (Seriously Injured on (7/26/21).

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Statement of Claim (additional sheet #1; to "(1040) Stimulus"(I.R.S.) order)
The Supervisors of the Unit Team in question has refuse to provide the Conference call to Department of the Treasury, Internal Revenue Service Kansas City, MO 64999-0002; after (30) day deadline was mailed to me immediately, after I processed the (2020) 1040 (Stimulus) check form that the Office in, or at (3651 S. IH 35, Stop 6579 AUSC; Austin, Texas-73301-0059), ordered that I receive a Conference Call to verify I was Fredrick Ernest Graham; The social security numbers of inmates were changed by Unit Team and all members/or staff refused calls outside of (AUSP) Thomson, Illinois (SMU); placed inmates in cells w/ violent inmates and cause "Incited Riots", refused "administrative remedies", sent (Notices) to (all) inmates as ("Forgery / Acting As Collection Agencies) when they printed out a "Program Statement" that stated before (D.H.O.) Sanctions "where privileges are concerned", the inmates will be placed on (all) outside restrictions (per Warden(s) and Unit Team) during May 2021, until (7/29/21) for the duration. The order from (I.R.S.) was given to (Counselors), etc.; and (denied) telephone calls as an "illegal practice" that results in "Fraud"; after (30) day deadline was set, and (no) exhaustion process. I enclose the copies of forms from (2/11/21); now he is "Seriously Injured from Head; Face, and Eye Injuries were he had his eye "Lacerated" (Bashed) after an Inmate was pushed inside cell (J312) on (7/26/21) Monday and (150) plus punches; elbows and he was repeatly ignored after (3 by 1) inch (gash) poured blood for (5-6) hours from the (150) blows and officers closed (illegal "F lap") on cell (J312) and left (Graham) bleeding also "Robbery- of his personal property took place, leaving blood on (2) sheets, (1) shirt, (1) pair of pants and throughout cell (said); "Causing Serious Brain damage"; I "Sequester" Unit Team under oath, request "Subpoena(s)" and (Resignations) of (Unit Team / and Warden); Privileges (Restored) per (2020-21) General orders and (Stimulus Plans) for "nutrition purchases"; also ("3,200") credits); "Brain/M.R.I." from "Lacerations"; also re-assignment to Medical Center for Hep. C...

4